IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW ANSEL,

      Plaintiff,                      No. CIV S-06-2380 GEB DAD P

      vs.

SUPERIOR COURT OF
SACRAMENTO COUNTY, et al.,

      Defendants.            ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). On October 27, 2006, plaintiff filed a letter with the Clerk of the Court explaining that plaintiff has the financial resources to cover the filing fees and will remit the required amount upon receipt of the case number. On February 5, 2007, the Clerk of the Court filed and served on plaintiff new case documents that included the case number for this action. Plaintiff will be provided thirty days to submit the appropriate filing fee or to submit the appropriate affidavit in support of a request to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, the appropriate filing fee or an affidavit in support of his request to proceed in forma pauperis on the

1

1  form provided by the Clerk of Court.  Plaintiff's failure to comply with this order will result in a
2  recommendation for dismissal of this action; and
3      2. The Clerk of the Court is directed to send plaintiff a new Application to
4  Proceed In Forma Pauperis By a Prisoner.
5  DATED: March 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
anse2380.3a

2