IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW ANSEL,

    Plaintiff,                   No. CIV S-06-2380 GEB DAD P

    vs.

SUPERIOR COURT OF
SACRAMENTO COUNTY, et al.,

    Defendants.             <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file his objections to the April 12, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 27, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the April 12, 2007 findings and recommendations.

DATED: May 3, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
anse2380.36fr