IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW ANSEL,

    Plaintiff,                   2:06-cv-2380-GEB-DAD-P

    vs.

SUPERIOR COURT OF
SACRAMENTO COUNTY, et al.,

    Defendants.            ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 12, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 12, 2007, are adopted in full; and

2. This action is dismissed on the grounds that the court lacks subject matter jurisdiction under the <u>Rooker-Feldman</u> doctrine to hear plaintiff's claims against defendants Superior Court of Sacramento County and Superior Court of Los Angeles County.  In addition, the plaintiff has failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act.  Finally, the plaintiff has failed to state a claim upon which relief can be granted against defendants CDCR and "assorted professionals."

Dated:  May 18, 2007

```
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge
```

2